**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-61855-MGD |
| | ) | |
| TODD ANTHONY SHAW, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### TRUSTEE'S APPLICATION FOR APPOINTMENT OF ATTORNEY

COMES NOW, S. Gregory Hays, Trustee in the above-captioned case, and respectfully represent as follows:

1.

Applicant is the duly qualified and acting Trustee herein, and he wishes the law firm of Arnall Golden Gregory LLP, to act as his attorneys in this case.

2.

Applicant and other members and associates of said firm are admitted to practice in this Court, have knowledge and experience in bankruptcy practice and are well qualified to represent the Trustee in this matter.

3.

The current (as reduced) hourly billing rates of the attorneys and paralegals who may render services in the case are as follows:

| | | |
|---|---|---|
| 1. | Neil C. Gordon | $450.00 |
| 2. | Frank N. White | $405.00 |
| 3. | Michael F. Holbein | $325.00 |
| 4. | Shannon L. Drake | $250.00 |
| 5. | Angela G. Ford | $160.00 |
| 6. | Nancy J. Overholtzer | $160.00 |
| 7. | Pamela E. Bicknell | $155.00 |
| 8. | Devora L. Nealy | $155.00 |

2605230v1

Depending on need for particular experience or the exigencies of the case, other attorneys may also provide services. The above rates may be increased during the term of the proposed employment or if so awarded by the Court.

4.

Professional services for which counsel for the Trustee are necessary in this case include the recovery of assets for liquidation for the unsecured creditors in this case. Counsel will need to represent the estate in negotiations with the Internal Revenue Service, Georgia Department of Revenue, and other lien holders to establish carve-outs for the estate in connection with a sale of the Debtor's residence, in order to generate funds for creditors that would otherwise not be possible. Counsel will also be investigating and pursuing any avoidable transfers. Counsel will be needed to document any settlements and present them to the Court, to litigate where necessary, and handle any objections to claims or motions for turnover.

5.

The professional services, which may be rendered for which it is necessary that an attorney act may also include:

(a)     Preparation of pleadings and motions and conducting of examinations incidental to the administration of the estate;

(b)     Services incidental to preservation and disposition of assets;

(c)     Investigation, analysis, and appropriate action, if required, relative to any preference, fraudulent transfer, unperfected security interest, improper disposal of assets, prosecution of the estate's claims, or pending litigation;

2605230v1

(d)   Any and all other necessary action incident to the proper preservation and

(e)   administration of the estate.

6.

To the best of Applicant's knowledge, said firm's acting as attorneys in this case will be in the best interest of the estate because Applicant will be familiar with the case and the trouble, expense, and delay inherent in acquainting and counseling other attorneys regarding operative facts may thus be avoided.

7.

Said firm does not hold or represent an interest adverse to the estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a).

8.

In order to expedite the marshalling of the estate's assets, Arnall Golden Gregory LLP has heretofore performed certain professional services for the estate or plans to perform such services, which may be rendered prior to the signing of any order upon this Application.

9.

Applicant proposed that said firm be compensated for its services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law.

WHEREFORE, Applicant prays that Arnall Golden Gregory LLP be authorized to act as Applicant's attorney in this case and that such authorization continue if said firm should assist any successor Trustee.

2605230v1

RESPECTFULLY SUBMITTED,

_____

S. Gregory Hays
Chapter 7 Trustee

Suite 200
3343 Peachtree Road, NE
Atlanta, Georgia 30326-1420
(404) 926-0060
ghays@hayscounsulting.net

2605230v1

## AFFIDAVIT

STATE OF GEORGIA
COUNTY OF FULTON

The undersigned does hereby make solemn oath that the statements contained in the foregoing Application are true according to the best of his knowledge and belief.

After diligent inquiry, it appears that there is no connection between Arnall Golden Gregory LLP and the Debtor, creditors, or other parties in interest of which Applicant is aware, and their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, other than possible professional or social relationships and possible involvement in other cases in which the foregoing may have been involved as counsel, accountant or trustee.

_____
Neil C. Gordon
State Bar No. 302387

Attorneys for Chapter 7 Trustee

SWORN TO AND SUBSCRIBED before me this 21st day of May, 2009.

Nancy J. Overholtzer
Notary Public

My commission expires: March 9, 2010
MY COMMISSION EXPIRES MARCH 9, 2010

2605230v1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing Trustee's Application

for Appointment of Attorney by depositing in the United States mail a copy of same in a

properly addressed envelope with adequate postage affixed thereon to assure delivery

to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Neil C. Gordon, Esq.
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363-1031

Richard M. Jones
Law Office of Richard Jones, P.C.
North Center - Suite 309H
4319 Covington Highway
Decatur, GA 30035

This ___ day of May, 2009.

_____
S. Gregory Hays

2605230v1